IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-123-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER TO DISMISS |
| CARLTON MCINTRYE ) | |

Upon motion of the United States, it is hereby ORDERED that Counts Three and Four of the Indictment be dismissed.

IT IS SO ORDERED, this the __7__ day of October, 2020.

JAMES C. DEVER III
United States District Judge